## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO. 21-11590 FJB |
|  | ) |  |
| SUZANNE ESER | ) | CHAPTER 13 |
| DEBTOR | ) |  |
|  | ) |  |

## OBJECTION TO CLAIM NO. 5

Now comes the Debtor, SUZANNE ESER, and objects to the Proof of Claim filed by Massachusetts Institute of Technology Federal Credit Union on January 5, 2022, (Claim # 5).

Specifically, the Debtor acknowledges a debt with the Creditor, however she disputes the excessive amount claimed by the Creditor in its Claim. The Debtor has reviewed the Loan Activity Report filed by the Creditor and while it is somewhat confusing, she is of the belief that the current arreage owed to the Creditor is approximately $66,000. This figure takes in account the sum of $10,000 removed from her checking account by the Creditor shortly before filing for Bankruptcy.

WHEREFORE, the Debtor respectfully requests that said Proof of Claim not be allowed.

                                                  Respectfully Submitted,
                                                  Debtor, by her Attorney,

                                                  */s/ Kenneth E. Lindauer*
                                                  Kenneth E. Lindauer, BBO#300540
                                                  Law Offices of Kenneth E. Lindauer
                                                  14 Lynde Street
                                                  Salem, MA 01970-3404
Dated: February 2, 2022                      (978) 744-5861

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | ) | CASE NO. 21-11590 FJB |
|  | ) |  |
| SUZANNE ESER | ) | CHAPTER 13 |
| DEBTOR | ) |  |
|  | ) |  |

CERTIFICATE OF SERVICE

    I, Kenneth E. Lindauer hereby certify that on February 2, 2022, I electronically filed the foregoing Objection to Claim No. 5, together with Notice of Objection, with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing documents on the following CM/ECF participants:

    John Fitzgerald, Office of the United States Trustee
    USTPRegion01.BO.ECF@USDOJ.GOV

    Carolyn A. Bankowski, Chapter 13 Trustee
    13trustee@ch13.boston.com

    Robert F. Tenney, Esquire, Attorney for Massachusetts Institute of Technology Federal Credit Union
    rtenney@cmlaw.com

    I further certify that I served, via e-mail, the document electronically filed with the Court on the following non-CM/ECF participants:

    Suzanne Eser, workemailonly@mail.com

    Respectfully Submitted,
    Debtor, by her Attorney,

    */s/ Kenneth E. Lindauer*_____
    Kenneth E. Lindauer, BBO #300540
    Law Offices of Kenneth E. Lindauer
    14 Lynde Street
    Salem, MA 01970
Dated: February 2, 2022    (978) 744-5861
    ken@lindauerlaw.com