**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

IN RE: SUZANNE ESER            **CHAPTER 13**
                                      **CASE NO.: 21-11590 FJB**

TO: **MASSACHUSETTS INSTITUTE OF TECHNOLOGY**
      **FEDERAL CREDIT UNION**

## NOTICE OF OBJECTION TO CLAIM

The Debtor, **SUZANNE ESER**, has filed an objection to your claim #5 in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the Court to eliminate or change your claim, within thirty (30) days from the date said objection was filed with the Court, you or your attorney must file a written response to said objection with the Court at:

United States Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

You must also mail a copy to:

Kenneth E. Lindauer, Esquire
Law Offices of Kenneth E. Lindauer
14 Lynde Street
Salem, MA 01970
ken@lindauerlaw.com

If you or your attorney does not take these steps, the Court may decide that you do not oppose the objection to your claim.

Dated: February 2, 2022                */s/ Kenneth E. Lindauer*_____
                                   Kenneth E. Lindauer, BBO#300540
                                   Law Offices of Kenneth E. Lindauer
                                   14 Lynde Street
                                   Salem, MA 01970-3404
                                   (978) 744-5861
                                   ken@lindauerlaw.com

## UNITED STATES BANKRUPTCY COURT

## CERTIFICATE OF SERVICE

I, Kenneth E. Lindauer hereby certify that on February 2, 2022, I electronically filed the foregoing Notice of Objection to Claim, with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System.  I served the foregoing documents on the following CM/ECF participants:

John Fitzgerald, Office of the United States Trustee
USTPRegion01.BO.ECF@USDOJ.GOV

Carolyn A. Bankowski, Chapter 13 Trustee
13trustee@ch13.boston.com

Robert F. Tenney, Esquire, Attorney for Massachusetts Institute of Technology Federal Credit Union
rtenney@cmlaw.com

I further certify that I served, via e-mail, the document electronically filed with the Court on the following non-CM/ECF participants:

Suzanne Eser,
workemailonly@mail.com

Respectfully Submitted,
Debtor, by her Attorney,


*/s/ Kenneth E. Lindauer*
Kenneth E. Lindauer, BBO #300540
Law Offices of Kenneth E. Lindauer
14 Lynde Street
Salem, MA 01970
(978) 744-5861
ken@lindauerlaw.com

Dated:  February 2, 2021