

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*  SUZANNE ESER,    Debtor | Ch. 13  21-11590-JEB |

### Proceeding Memorandum and Order

**MATTER:**

#123 Objection of Chapter 13 Trustee to Confirmation of [121] Fourth Amended Chapter 13 Plan (C. Bankowski)

**Decision set forth more fully as follows:**

Hearing held on January 19, 2023. For the reasons set forth on the record, the Objection is sustained. The Debtor is ordered by **February 21, 2023**, to (i) file an amended plan and motion to amend, (ii) serve them on all creditors and (iii) file a certificate of service.

Dated: 1/19/2023

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge