

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> SUZANNE ESER, <br>　　Debtor | Ch. 13 <br> 21-11590-JEB |

### Proceeding Memorandum and Order

**MATTER:**

#132 Objection of Massachusetts Institute of Technology Federal Credit Union to Confirmation of [121] Fourth Amended Chapter 13 Plan (R. Tenney)

**Decision set forth more fully as follows:**

Hearing held on January 19, 2023.  For the reasons set forth on the record, the Objection is sustained. The Debtor has been ordered to file an amended plan.

Dated: 1/19/2023

By the Court,

*[signature]*

Janet E. Bostwick
United States Bankruptcy Judge