

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:*<br><br>SUZANNE ESER,<br>    Debtor | Ch. 13<br>21-11590-JEB |

## Proceeding Memorandum and Order

**MATTER:**

#27 Motion of Massachusetts Institute of Technology Federal Credit Union for Relief from Stay Re: 24 Endicott Street, Peabody, MA (R. Tenney)

**Decision set forth more fully as follows:**

Hearing held on January 19, 2023. For the reasons set forth on the record, the Motion will be granted by separate order.

Dated: 1/19/2023

By the Court,

*[signature]*

Janet E. Bostwick
United States Bankruptcy Judge