

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* | |
| SUZANNE ESER, | Ch. 13 |
| Debtor | 21-11590-JEB |

### Order Granting Relief from Stay

**MATTER:**

#27 Motion of Massachusetts Institute of Technology Federal Credit Union for Relief from Stay Re: 24 Endicott Street, Peabody, MA

This matter came before the Court on the above Motion of Massachusetts Institute of Technology Federal Credit Union (the "Movant"). Due notice was given and the Debtor filed a Response in opposition. The Court held several hearings on the Motion which were continued from time to time. Having considered the Motion, the Response, and the arguments of counsel, good cause for the relief requested being shown, the Motion is granted as follows.

It is ORDERED that:

1. The Movant, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 to allow it to exercise its rights under its mortgage to conduct a foreclosure sale with respect to the property located at 24 Endicott Street, Peabody, Massachusetts (the "Property"), as more particularly described in the Motion, and apply the proceeds from any sale of the Property to the Debtor's loan balance secured by such mortgage, or accept a deed in lieu of foreclosure on the Property, and, if necessary, bring eviction proceedings against the Debtor or any occupant, all in accordance with applicable state and federal law.

2. The Movant shall provide the Chapter 13 Trustee and the Debtor with an accounting regarding the sale within 30 days of the sale and all surplus funds after satisfaction of Movant's mortgage, if any, obtained by the Movant shall be remitted to the Trustee upon written request by the Trustee or as may be directed by further order of the Court absent written direction provided by the Trustee.

3. In accordance with Fed. R. Bankr. P. 4001(a)(3), this Order is stayed through **February 3, 2023**.

Dated: 1/20/2023                                    By the Court,

                                                   Janet E. Bostwick
                                                   United States Bankruptcy Judge