UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| In re | |
|---|---|
| SUZANNE ESER, | Chapter 13 |
| | Case No. 21-11590-JEB |
| Debtor. | |

## MOTION OF COUNSEL TO WITHDRAW

David B. Madoff, and the firm Madoff & Khoury LLP, hereby move to withdraw as counsel for the Debtor, Suzanne Eser, in this case. As grounds, Counsel states that he has reached an impasse with the Debtor as to the direction of the case. Counsel and the Debtor have irreconcilable differences that they are unable to resolve. Counsel notes that he has appeared in this case to replace Kenneth Lindauer, and has appeared on a pro bono basis. So, the disagreement between counsel and the Debtor is not a matter of compensation.

Respectfully submitted this 20th day of February, 2023.

/s/ David B. Madoff
David B. Madoff (BBO#552968)
MADOFF & KHOURY LLP
124 Washington Street, Ste. 202
Foxborough, Massachusetts 02035
(508) 543-0040
madoff@mandkllp.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 20, 2023 he caused copies of the foregoing to be served by ECF, upon all parties on the Court's ECF service list in this case, and by email upon Suzanne Eser, as follows:

## SERVICE LIST

Carolyn Bankowski-13-12
13trustee@ch13boston.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Kenneth E. Lindauer on behalf of Debtor Suzanne Eser
ken@lindauerlaw.com,
kenlindauer@ecf.courtdrive.com;bklindauer@gmail.com;notices@uprightlaw.com;lindauerkr81846@notify.bestcase.com

David B. Madoff on behalf of Debtor Suzanne Eser
madoff@mandkllp.com, alston@mandkllp.com

Robert F. Tenney on behalf of Creditor Massachusetts Institute of Technology Federal Credit Union
rtenney@cmlaw.net

Suzanne Eser
workemailonly@mail.com

Respectfully submitted this 20th day of February 2023.

/s/ David B. Madoff
David B. Madoff (BBO#552968)
MADOFF & KHOURY LLP
124 Washington Street – Ste. 202
Foxborough, Massachusetts  02035
(508) 543-0040
madoff@mandkllp.com