UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  Suzanne Eser                                               Chapter 13
SSN xxx-xx-6997                                         Case No: 21-11590-JEB

MOTION OF CHAPTER 13 TRUSTEE FOR ORDER DISMISSING CASE
NOTICE OF BAR DATE OBJECTIONS/RESPONSES

Now comes the Chapter 13 Trustee (the "Trustee") and respectfully moves the Court for an Order dismissing this case, and in support thereof states as follows:

1. On November 1, 2021, the above-captioned debtor's (the "Debtor") filed a petition for relief under Chapter 13 of the United States Bankruptcy Code.

2. On January 5, 2022, the Trustee convened and presided at a meeting of creditors as required by 11 U.S.C §341. A Fourth Amended Chapter 13 Plan ( the "Plan") was filed on September 15, 2022.

3. The Trustee is unable to recommend the Plan for confirmation at this time.

4. The Debtor is in arrears under the term of the Plan for $5,100.00 or 3.0 months. This does not include the current month and may increase prior to hearing. The Trustee has not received any payments from the Debtor since a payment in October, 2022. The Trustee asserts that the Debtor cannot fund the proposed Plan.

5. Further, MIT Federal Credit Union was granted relief from stay on January 20, 2023. The Debtor has not filed an amended Pan to reflect the change in circumstances.

6. The Trustee asserts that the Debtor's failure to make payments and file an amended plan has caused unreasonable delay that is prejudicial to the creditors, and grounds for dismissal pursuant to 11 U.S.C. §1307(c).

km

WHEREFORE, the Trustee respectfully requests that this Court enter an Order dismissing this

    case.

Respectfully Submitted,
By: /s/ **Carolyn A. Bankowski**
Carolyn A. Bankowski, BBO #631056
Patricia A. Remer, BBO#639594
Office of the Chapter 13 Trustee
P.O. Box 8250
Boston, MA 02114
(617) 723-1313
13trustee@ch13boston.com

Date: February 21, 2023

km

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:   Suzanne Eser                                               Chapter 13
SSN xxx-xx-6997                                          Case No: 21-11590-JEB

ORDER DISMISSING CASE

The motion of the Chapter 13 Trustee to dismiss this case having come before this Court, due notice having been given, and for cause shown, it is hereby:

ORDERED: that this Chapter 13 case is dismissed.

Dated: _____

U.S. Bankruptcy Judge

km

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Suzanne Eser　　　　　　　　　　　　　　　Chapter 13
SSN xxx-xx-6997　　　　　　　　　　　　　　　Case No: 21-11590-JEB

NOTICE OF BAR DATE FOR OBJECTIONS/RESPONSES

Notice is given that any responses and/or objections to this motion are to be filed within twenty (20) days of the date hereof.  If no timely objections/responses are filed, the Court may act on this motion without further notice or hearing as provided by 11 U.S.C.§102(1)(B).

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within Trustee's Motion to Dismiss was served upon the Debtor, Debtor's counsel of record and those parties listed on the following service list by first class mail, postage prepaid or by electronic notice.

Dated: February 21, 2023

　　　　　　　　　　　　　　　　　　　/s/ **Carolyn A. Bankowski, Esq.**
　　　　　　　　　　　　　　　　　　　Carolyn A. Bankowski

SERVICE LIST

Suzanne Eser　　　　　　　　　　　　　　　Kenneth E. Lindauer, Esq.
24 Endicott Street　　　　　　　　　　　　Law Offices of Kenneth E. Lindauer
Peabody, MA 01960　　　　　　　　　　　The Rufus Choate House
　　　　　　　　　　　　　　　　　　　　14 Lynde Street
　　　　　　　　　　　　　　　　　　　　Salem, MA 01970

　　　　　　　　　　　　　　　　　　　　David B. Madoff, Esq.
　　　　　　　　　　　　　　　　　　　　Madoff & Khoury LLP
　　　　　　　　　　　　　　　　　　　　124 Washington Street - Suite 202
　　　　　　　　　　　　　　　　　　　　Foxborough, MA 02035

km