** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 21, 2023 at 11:59:10 PM EST | Sent by www.FAX.PLUS | 84 | 4 | Received |

Feb 21, 2023 23:56 (UTC-05) From: WWW.FAX.PLUS(ms.) To: +16177485315   1 of 4

Case 21-11590    Doc 159    Filed 02/22/23    Entered 02/22/23 10:31:27    Desc Main
Document      Page 1 of 4

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re: Suzanne Eser,                    Chapter 13
                                        Case No: 21-11590-JEB
    Debtor

### NOTICE OF PRO SE APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE COURT AND ALL PARTIES

PLEASE TAKE NOTICE that Suzanne Eser, hereby appears as PRO SE Debtor in the above-captioned casee and requests that Notices of all matters in the case be served upon the Debtor, as follows:

Suzanne Eser
24 Endicott Street
Peabody, MA 01960

Request is hereby also made for service of all pleadings, including but not limited to Motions, Orders and Notice of all hearings or other proceedings, related to any issue which may be raised in the above-captioned case.

Respectfully Submitted,
Suzanne Eser, Debtor, Pro Se


/s/ Suzanne Eser
Suzanne Eser, Debtor, Pro Se
24 Endicott street
Peabody, MA 01960
(802) 829-0773
workemailonly@mail.com

Dated: February 21, 2023

(1)

Feb 21, 2023 23:56 (UTC-05)  From: WWW.FAX.PLUS (ms.)  To: +16177485315  2 of 4

Case 21-11590   Doc 159   Filed 02/22/23   Entered 02/22/23 10:31:27   Desc Main
Document     Page 2 of 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Suzanne Eser,             Chapter 13
                                  Case No: 21-11590-JEB

     Debtor

## CERTIFICATE OF SERVICE

I, the undersigned, Suzanne Eser, hereby certify that a true and correct copy of the above and foregoing Notice of Appearance and Request for Notices has been served by fax to the Clerk for Janet E. Bostwick, United States Bankruptcy Court for the District of Massachusetts, John W. McCormick Post Office and Court House, 5 Post Office Square , Suite 1150, Boston, MA 02109-3945 Fax number (617) 748-5380, (617) 748-5315 and served upon the following parties listed below on this day of February, 2023 by 1st class mail, postage prepaid and emailed to:

Massachusetts Institute of Technology Federal Credit Union,
Members Mortgage Company, Inc. c/o Robert F. Tenney
Cunningham, Machanic, Cetlin
Johnson, Harney & Tenney, LLP
220 North Main Street
Natick, MA 01760
(508) 651-7524
rtenney@cmlaw.net

Carolyn A. Bankowski
Standing Chapter 13 Trustee
Patricia A. Remer
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA 02114-0022
(617) 723-1313
13trustee@ch13trustee.com

Kennith Lindauer, Esq.
Law offices of Kenneth E. Lindauer
The Rufus Chapter House
14 Lynde Street
Salem, MA 01970-3404
(978) 744-5861
ken@lindauerlaw.com
(2)

<u>David B. Madoff, Esq.MADOFF & KHOURY LLP</u>
<u>Pine Brook Office Park</u>
<u>124 Washington Street, Suite 202</u>
<u>Foxboro, MA 02035</u>
<u>508-543-0040</u>
<u>madoff@mandkllp.com</u>

/s/Suzanne Eser
Suzanne Eser , Debtor, Pro Se
24 Endicott street
Peabody, MA 01960
(802) 829-0773
workemailonly@mail.com

Dated: February 21, 2023
(3)

Clerk for Janet E. Bostwick
United States Bankruptcy Court Judge
John W. McCormick Post Office and Court House
5 Post Office Square
SUITE 1150
Boston, MA 02109-3945

Chapter 13
Case No: 21-11590-JEB

Clerk,

Please find attached to file with the court:
Notice of Appearance
Motion for Extension of Day to File Sales Plan with certificate of services.

I have tried to fax it earlier as well.

Thank you.

Sincerely,
Suzanne Eser

24 Endicott Street
Peabody, Ma 01960
(802) 829-0773
workemailonly@mail.com