** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 21-11590   Doc 160   Filed 02/22/23   Entered 02/22/23 10:42:12   Desc Main
TIME RECEIVED    REMOTE CSID    DURATION    PAGES    STATUS
February 22, 2023 at 12:02:39 AM EST    Document    www.fax.plus    4    Received
                    Page 1 of 4

Feb 22, 2023 00:00 (UTC-05)    From:   WWW.FAX.PLUS (ms .)    To: +16177485315    1 of 4

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re: Suzanne Eser,                    **Chapter 13**
                                        **Case No: 21-11590-JEB**

      Debtor


### MOTION TO EXTEND DEADLINE TO FILE SALES PLAN


      Now comes the Debtor, Suzanne Eser, and requests from this Court to extend the date due to submit a Sales Plan by the Debtor, as I have had difficulty getting my case file with no credit to access it online electronically and have requested a copy of my file since November 2023 from my prior attorney's office, who still in recovery and out of the office from illness. I have not been able to get access to my complete file.

      WHEREFORE, the Debtor respectfully requests that the Motion be granted for an extension to file the Sales Plan.


              Respectfully Submitted,

              Suzanne Eser, Debtor, Pro Se


              /s/ Suzanne Eser
              Suzanne Eser , Debtor, Pro Se
              24 Endicott street
              Peabody, MA 01960
              (802) 829-0773
Dated: February 21, 2023      workemailonly@mail.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re: Suzanne Eser,                                    **Chapter 13**
                                                       **Case No: 21-11590-JEB**
      **Debtor**

## CERTIFICATE OF SERVICE

I, the undersigned, Suzanne Eser, hereby certify that a true and correct copy of the above and foregoing MOTION TO EXTEND DEADLINE TO FILE SALES PLAN has been served by fax to the United States Bankruptcy Court for the District of Massachusetts and served upon the following parties listed below on this day of February, 2023 by 1st class mail, postage prepaid and emailed to:

Massachusetts Institute of Technology Federal Credit Union,
Members Mortgage Company, Inc.
c/o Robert F. Tenney
Cunningham, Machanic, Cetlin
Johnson, Harney & Tenney, LLP
220 North Main Street
Natick, MA 01760
(508) 651-7524
rtenney@cmlaw.net

Carolyn A. Bankowski
Standing Chapter 13 Trustee
Patricia A. Remer
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA 02114-0022
(617) 723-1313
13trustee@ch13trustee.com

Kennith Lindauer, Esq.
Law offices of Kenneth E. Lindauer
The Rufus Chapter House
14 Lynde Street
Salem, MA 01970-3404
(978) 744-5861
ken@lindauerlaw.com

David B. Madoff, Esq.
MADOFF & KHOURY LLP
Pine Brook Office Park
124 Washington Street, Suite 202
Foxboro, MA 02035
508-543-0040
madoff@mandkllp.com

/s/Suzanne Eser
Suzanne Eser , Debtor, Pro Se
24 Endicott street
Peabody, MA 01960
(802) 829-0773
workemailonly@mail.com

Dated: February 21, 2023

Clerk for Janet E. Bostwick
United States Bankruptcy Court Judge
John W. McCormick Post Office and Court House
5 Post Office Square
SUITE 1150
Boston, MA 02109-3945

Chapter 13
Case No: 21-11590-JEB

Clerk,

Please find attached to file with the court:
Notice of Appearance
Motion for Extension of Day to File Sales Plan with
certificate of services.

I have tried to fax it earlier as well.

Thank you.

Sincerely,
Suzanne Eser

24 Endicott Street
Peabody, Ma 01960
(802) 829-0773
workemailonly@mail.com