UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Suzanne Eser,　　　　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　　Case No: 21-11590-JEB
　　　Debtor

DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

　　　Now comes the Debtor, Suzanne Eser, moves to dismiss her Chapter 13 case without prejudice pursuant to Bankruptcy Code Sec. 1307(b), and in support thereof respectfully represents:

　　　1.　The debtor filed a Chapter 13 case on November 3, 2021.

　　　1.2.　This case has not been previously converted from another Chapter.

　　　1.3.　The debtor wishes to dismiss her case without prejudice and the Bankruptcy Code Sec. 1307(b) grants the debtor the absolute right to do so.

　　　WHEREFORE, the Debtor respectfully requests that the Court enter an Order dismissing the Debtor's Chapter 13 case.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　Suzanne Eser, Debtor, Pro Se

　　　　　　　　　　　　　　　　　　　　　/s/ Suzanne Eser
　　　　　　　　　　　　　　　　　　　　　Suzanne Eser, Debtor, Pro Se
　　　　　　　　　　　　　　　　　　　　　24 Endicott street
　　　　　　　　　　　　　　　　　　　　　Peabody, MA 01960
　　　　　　　　　　　　　　　　　　　　　(802) 829-0773
Dated: March 13, 2023　　　　　　　　　　　workemailonly@mail.com

(1)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Suzanne Eser,  Chapter 13
  Case No: 21-11590-JEB
Debtor

CERTIFICATE OF SERVICE

I, the undersigned, Suzanne Eser, hereby certify that a true and correct copy of the above and foregoing Motion to Dismiss Chapter 13 Case has been served by fax to the Clerk for Janet E. Bostwick, United States Bankruptcy Court for the District of Massachusetts, John W. McCormick Post Office and Court House, 5 Post Office Square, Suite 1150, Boston, MA 02109-3945, Fax number (617) 748-5315 and served upon the following parties listed below on this day of March 13, 2023 by 1st class mail, postage prepaid and emailed to:

Massachusetts Institute of Technology Federal Credit Union,
Members Mortgage Company, Inc.
c/o Robert F. Tenney
Cunningham, Machanic, Cetlin
Johnson, Harney & Tenney, LLP
220 North Main Street
Natick, MA 01760
(508) 651-7524
rtenney@cmlaw.net

Carolyn A. Bankowski
Standing Chapter 13 Trustee
Patricia A. Remer
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA 02114-0022
(617) 723-1313
13trustee@ch13trustee.com

Kennith Lindauer, Esq.
KENNETH E. LINDAUER, ESQUIRE
LAW OFFICES OF KENNETH E. LINDAUER
14 LYNDE STREET
SALEM, MA 01970
978-744-5861
ken@lindauerlaw.com

(2)

David B. Madoff, Esq.
MADOFF & KHOURY LLP
Pine Brook Office Park
124 Washington Street, Suite 202
Foxboro, MA 02035
508-543-0040
madoff@mandkllp.com

/s/ Susanne Eser
Suzanne Eser , Debtor, Pro Se
24 Endicott street
Peabody, MA 01960
(802) 829-0773
workemailonly@mail.com

Dated: March 13, 2023
3
(2)