

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> SUZANNE ESER, <br>     Debtor | Ch. 13 <br> 21-11590-JEB |

## Proceeding Memorandum and Order

**MATTER:**

#164 Motion of Debtor to Dismiss Chapter 13 Case (Pro Se)

**Decision set forth more fully as follows:**

Hearing held on March 16, 2023. For the reasons set forth on the record, the Motion is granted as follows. The case is dismissed pursuant to 11 U.S.C. § 1307(b). Since the Debtor requested the voluntary dismissal of this case following a request for relief from stay, the dismissal is with prejudice to refiling pursuant to 11 U.S.C. § 109(g)(2).

Dated: 3/16/2023

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge